UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20571 CR-KING / McALILEY

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

LEONARD AFLONSO ORTIZ-RUIZ,
    a/k/a "Ahijado,"
JHON FREDY MENDIETA-ORTIZ,
    a/k/a "Mango,"
    a/k/a "Fruta,"
FERDINANDO DIAZ-TORRES,
    a/k/a "Fernando," and
HUGO ALFONSO SANCHEZ-MONTERO,
    a/k/a "Mauricio,"

              Defendants.
_____/

Sealed



FILED by _____ D.C.
AUG 19 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

Beginning in or around September 2010, the exact date being unknown to the Grand Jury, and continuing until on or about January 31, 2011, in the countries of Colombia, Honduras, Venezuela, and elsewhere, the defendants,

LEONARD AFLONSO ORTIZ-RUIZ,
a/k/a "Ahijado,"
JHON FREDY MENDIETA-ORTIZ,
a/k/a "Mango,"
a/k/a "Fruta,"
FERDINANDO DIAZ-TORRES,
a/k/a "Fernando," and
HUGO ALFONSO SANCHEZ-MONTERO,
a/k/a "Mauricio,"

did knowingly and intentionally combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## **CRIMINAL FORFEITURE**

a.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.  Upon conviction of the violation alleged in this Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*, Chief, Cr--- ---

WIFREDO A. FERRER
UNITED STATES ATTORNEY


*[signature]*

CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LEONARD ALFONSO ORTIZ-RUIZ,
  a/k/a "Ahijado," et al.,

              Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

  X   Miami  ___ Key West
  ___ FTL    ___ WPB       ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect   Spanish

4. This case will take    4    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      X              Petty      ___
   II   6 to 10 days     ___            Minor      ___
   III  11 to 20 days    ___            Misdem.    ___
   IV   21 to 60 days    ___            Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No   X
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    X  No

                                    _____
                                    CYNTHIA R. WOOD
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501329

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LEONARD ALFONSO ORTIZ-RUIZ, a/k/a "Ahijado"

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JHON FREDY MENDIETA-ORTIZ, a/k/a "Mango," a/k/a "Fruta"

Case No: _____

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **FERDINANDO DIAZ-TORRES, a/k/a "Fernando"**

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HUGO ALFONSO SANCHEZ-MONTERO, a/k/a "Mauricio"

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.