UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Sealed

Case No.    11-20571-CR-KING(s)
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

LEONARD ALFONSO ORTIZ-RUIZ,
    a/k/a "Ahijado,"
JHON FREDY MENDIETA-ORTIZ,
    a/k/a "Mango,"
    a/k/a "Fruta,"
FERDINANDO DIAZ-TORRES,
    a/k/a "Fernando,"
    a/k/a "Fercho,"
HUGO ALONSO SANCHEZ-MONTERO,
    a/k/a "Mauricio,"
    a/k/a "Modelo," and
JHONATAN PIERRE LEON-SABOGAL,
    a/k/a "Cable,"
    a/k/a "Pica,"

                Defendants.
_____/

FILED by ___ D.C.

JUN - 1 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

Beginning in or around September 2010, the exact date being unknown to the Grand Jury, and continuing until on or about July 31, 2011, in the countries of Colombia, Honduras, Venezuela, and elsewhere, the defendants,

LEONARD ALFONSO ORTIZ-RUIZ,
    a/k/a "Ahijado,"
JHON FREDY MENDIETA-ORTIZ,
    a/k/a "Mango,"
    a/k/a "Fruta,"

**FERDINANDO DIAZ-TORRES,**
a/k/a "Fernando,"
a/k/a "Fercho,"
**HUGO ALONSO SANCHEZ-MONTERO,**
a/k/a "Mauricio,"
a/k/a "Modelo," and
**JHONATAN PIERRE LEON-SABOGAL,**
a/k/a "Cable,"
a/k/a "Pica,"

did knowingly and willfully combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

a.  The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.  Upon conviction of any of the violations alleged in this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to

facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

LEONARD ALFONSO ORTIZ-RUIZ,
a/k/a "Ahijado," et al.,

          **Defendants.**
_____/

CASE NO. _____11-20571-CR-KING(s)_____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X | Miami | ___ Key West |
| ___ | FTL | ___ WPB ___ FTP |

New Defendant(s)    Yes _X_    No ___
Number of New Defendants    _1_
Total number of counts    _1_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Spanish_

4. This case will take ___10___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ___
   - II    6 to 10 days    _X_
   - III    11 to 20 days    ___
   - IV    21 to 60 days    ___
   - V    61 days and over    ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.    ___
   - Felony    _X_

6. Has this case been previously filed in this District Court? (Yes or No)    Yes
   If yes:
   Judge: _Hon. James L. King_    Case No. _11-20571-CR-KING_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

                                _/s/ Cynthia R. Wood_
                                CYNTHIA R. WOOD
                                ASSISTANT UNITED STATES ATTORNEY
                                Court No. A5501329

*Penalty Sheet(s) attached                                                                 REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LEONARD ALFONSO ORTIZ-RUIZ, a/k/a "Ahijado"

**Case No:** 11-20571-CR-KING(s)

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JHON FREDY MENDIETA-ORTIZ, a/k/a "Mango," a/k/a " Fruta"

**Case No:** 11-20571-CR-KING (s)

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: FERDINANDO DIAZ-TORRES, a/k/a "Fernando," a/k/a/ "Fercho"

**Case No**: 11-20571-CR-KING(s)

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States.

Title 21, United States Code, Section 963

\* **Max.Penalty**: Life Imprisonment

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: HUGO ALFONSO SANCHEZ-MONTERO, a/k/a "Mauricio"

**Case No**: 11-20571-CR-KING (s)

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty:**     Life Imprisonment

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JHONATAN PIERRE LEON-SABOGAL, a/k/a "Cable," a/k/a "Pica"

**Case No**: 11-20571-CR-KING (s)

Count #: 1

Conspiracy to distribute cocaine knowing that it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**